WRIT NUMBER: 12720-(A):
WR-82,332-01

| | | |
|---|---|---|
| EX PARTE | § | IN THE 118TH DISTRICT COURT |
| COLBY ROSS THURMAN | § | OF THE |
| | § | HOWARD COUNTY, TEXAS |

APPLICANT MOTION FOR BENCH WARRANT:

TO THE HONORABLE JUDGE OF SAID HABEAS COURT:

Comes Now, COLBY ROSS THURMAN, Petitioner, and file this his Motion for Bench Warrant, in the styled-caption, and will show the habeas court the followings;

I.
JURISDICTION:

Pursuant to; Article 11.31, of the Texas Code of Criminal Procedure, This Habeas Court has jurisdiction over the subject matter.

II.
PARTIES:

Petitioner; Thurman, is an State inmate currently incarcerated in the Texas Department of Criminal Justice Institutional Davision; Dalhart Unit (TDC). The "new" Respondent-Director is now; William L. Stephens.

III.
FACTS, AND PROCEDURAL HISTORY:

On January 14,2015 in cause number; WR-82,332-01, (justice) Court of Criminal Appeal (ACC), has reverse and remanded for a De-novo review, contrast to the 118TH District Court, Howard County Texas, to resolve controversy facts; "inadequate notice for mandatory supervision early release, in cause number; 12720-(A).

IV.
STATEMENT OF THE CASE:

Among other claim'(s), This 118TH District Court, Howard County Texas, is "Order" by the (ACC) to make findings and conclusion of law soley upon petitioner; Thurman, liberty interest right's being infringe by the Dalhart Unit; Texas Board of Pardons and Paroles.

*(PETITIONER BENCH WARRANT)*

## V.
### REASONS FOR BENCH WARRANT:

Petitioner; Thurman, now attach to this instrument,...his Declaration, to identify the cause and location of the TDC Unit that, this Court to issue a warrant from the bench, ordering the Sheriff of Howard County Texas, to transport; Colby Ross Thurman, to this Court for hearing and giving testimonies upon the controversy facts under oath.

## VI.
### PRAYER:

The petitioner; Thurman, prays the Habeas Court grants him, to be transported back to Howard County Texas, inorder to testify under oath, as we'll see justice done in this instant case.

## VII.
### CERTIFICATE OF SERVICE:

Service has been accomplished by sending a copy of this instrument to the following addresses;

Executed date; February 20,2015

HOWARD COUNTY TEXAS, DISTRICT CLERK
OFFICE: HARDY L. WILKERSON,
DISTRICT COURT BLDG,
BIG SPRING, TEXAS 79721-2138

DISTRICT ATTORNEY OFFICE, OF HOWARD COUNTY TEXAS,
P.O.BOX DRAWER 149
BIG SPRING, TEXAS 79721-0149

AND,

COURT OF CRIMINAL APPEALS OF TEXAS, CLERK: ABEL ACOSTA,
P.O.BOX 12308, CAPITOL STATION,
AUSTIN, TEXAS 78711

Respectfully submitted,

MR, COLBY ROSS THURMAN #1806079
DALHART UNIT
11950 FM 998
DALHART, TEXAS 79022

*(PETITIONER BENCH WARRANT)*

EX PARTE                              §        IN THE 118TH DISTRICT COURT

COLBY ROSS THURMAN                    §        OF THE

                                      §        HOWARD COUNTY, TEXAS

## ORDER: FOR BENCH WARRANT:

On this the_____day of_____2015, came onto be heard, the Petitioner; Thurman, Motion for Bench Warrant with Affidavit in support, and after due consideration of the same is;

ORDERED, that the petitioner; Thurman, hearing is Granted; and that, said cause, is set for hearing on the____day of_____ _____2015, and it is further;

ORDERED, that the petitioner; Thurman, Bench Warrant is Granted; and the clerk of this Court is to notify said petitioner; Thurman, regarding the Bench Warrant of the petitioner; Thurman, to this Howard County, Texas to be set for trial.

_____

JUDGE PRESIDING

*(PETITIONER BENCH WARRANT)*



AFFIDAVIT IN SUPPORT:

IN THE STATE OF TEXAS                §

COUNTY OF HARTLEY                     §        WRIT NUMBER: 12720-(A),
                                              WR-82,332-01.

                                     §.

## AFFIDAVIT:

BE IT ACKNOWLEDGED, that I, COLBY ROSS THURMAN, the undersigned affiant, being of legal age, of sound mind, and able to make this affidavit, do do hereby say, under oath the followings;

(A), I am presently incarcerated in the Dalhart Unit, of the Texas Department of Criminal Justice Institutional (TDC).

(B), On July 25, 2014 I declare that, Mr. Scrivner, did received notice of my request-letter for mandatory supervision early release. See; Appendix-.D.

(C), I declare that, Mr. Scrivner, also did recevied a copy of my informal-declaration. See; Appendix-.C.

(D), I declare that, Mr. Scrivner, has violated my due process liberty interest rights, contrast to failure to inform me of my mandatory supervision review, when my actual calender time, plus work, good conduct times equals to five years sentence. See; Appendix-.E.

## DECLARATION:

I, declare, under the Penalty of Perjury that, the foregoing is true and correct all said above, to the best of my knowledge, as this affidavit is freely made. Presented to; V.T.C.A. CVI, PROC, REM, CODE, §§ 132.001 and 132.003.

Executed date; February 20, 2015

Affiant;

MR. COLBY ROSS THURMAN #1806079
DALHART UNIT
11950 FM 998
DALHART, TEXAS 79022

*(PETITIONER BENCH WARRANT)*

Page 4 of 4,